# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129021

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ONE THOUSAND ONE HUNDRED
ONE DOLLARS AND SIXTY-SEVEN
CENTS ($1,101.67) IN U.S. CURRENCY,
     Defendant,

and

CARL B. SMITH,
     Claimant-Appellant.

SC: 129021
COA: 260290
Oakland CC: 2002-037500-CF

_____/

     On order of the Court, the application for leave to appeal the June 13, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005 _____

_____
Clerk